UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPER TANADA, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.; WHC PAYROLL COMPANY; and DOES 1-20, inclusive,

Defendants.

Case No. 2:26-cv-03568-JHC

**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND**

NOTE ON MOTION CALENDAR:
September 28, 2026

Plaintiff Christopher Tanada and Defendants Marriott International, Inc. and WHC Payroll Company (collectively "the Parties") file this stipulated extension of Defendants' responsive pleading deadline. The Parties stipulate as follows:

1. Plaintiff filed this class action on June 24, 2026 in the Superior Court of Washington for King County. Dkt. No. 1-2 (Complaint).

2. Defendants timely removed the matter to this Court on September 22, 2026. Dkt. No. 1.

3. Defendants' responsive pleading to Plaintiff's Complaint is due September 29, 2026. *See* Fed. R. Civ. P. 81(c)(2)(C). Defendants' counsel seeks additional time to adequately respond to the allegations, and Plaintiff will not be prejudiced by a short delay. Accordingly, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE to extend Defendants' responsive pleading deadline by 30 days from September 29, 2026 to **October 29, 2026**.

4. This extension will not affect any other deadlines in this case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

IT IS SO STIPULATED.

DATED: September 28, 2026.

**CROSNER LEGAL, P.C.**

By: *s/Brandon Brouillette (with permission)*
Brandon Brouillette, WSBA #64353
92 Lenora Street, #179
Seattle, WA 98121
Phone: (866) 276-7637
Email: bbrouillette@crosnerlegal.com

*Attorney for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/Andrew Delgadillo Ostrovsky*
Andrea Delgadillo Ostrovsky, WSBA #37749
Anne Philpot, WSBA #59257
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: andrea.ostrovsky@morganlewis.com
anne.philpot@morganlewis.com

*Attorneys for Defendants Marriott International, Inc. and WHC Payroll Company*

**ORDER**

IT IS SO ORDERED.

DATED this 29th of September, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE